UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
TROY JENNINGS,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )   Civil Action No. 08-1475 (PLF)
                                        )
FEDERAL BUREAU OF PRISONS, *et al.*,    )
                                        )
                Defendants.             )
_____ )

DISMISSAL ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #12] is GRANTED; it is

FURTHER ORDERED that plaintiff's motion for summary judgment [Dkt. #17]

is DENIED; and it is

FURTHER ORDERED that this civil action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.



                                    /s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge
DATE: September 25, 2009